# Exhibit 1

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.24 03:42:05 -04'00'

# United States of America
### United States Patent and Trademark Office

# GJX

**Reg. No. 6,812,546**

**Registered Aug. 09, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Lian Chungui  (CHINA INDIVIDUAL)
No.040, First Team, Shangshui
Liujiang Village, Langping Township
Bobai County, Yulin, CHINA 537000

CLASS 9: Eyewear; Loudspeakers; Smartwatches; Telescopes; Webcams; Accumulator boxes; Batteries and battery chargers; Bicycle helmets; Bicycle safety lights; Computer bags; Computer keypads; Computer mice; Ear phones; Electronic pens; LCD projectors used to display advertisements; Motorcycle helmets; Notebook and laptop computers; Protective films adapted for smartphones; Protective helmets; Protective helmets for animals; Protective helmets for sports; Skateboarding helmets; Soundbar speakers; Stands for photographic apparatus; Surveying instruments; USB hubs; Wireless chargers

FIRST USE 7-8-2020; IN COMMERCE 7-8-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-834,220, FILED 07-17-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058, 1141k.  If  the  declaration  is accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an   Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time  periods  for  filing  are  based  on  the  U.S.  registration  date  (not  the  international  registration  date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal  applications  at  the  USPTO. Instead,  the  holder  must  file  a  renewal  of  the  underlying  international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid  Protocol,  before  the  expiration  of  each  ten-year  term  of  protection,  calculated  from  the  date  of  the international  registration.  See  15  U.S.C.  §1141j.  For  more  information  and  renewal  forms  for  the  international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO. To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



**STATUS**  **DOCUMENTS**  **MAINTENANCE**

**Back to Search**   Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-09 03:57:38 EDT |
| **Mark:** | GJX |

GJX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90834220 | **Application Filing Date:** | Jul. 17, 2021 |
| **US Registration Number:** | 6812546 | **Registration Date:** | Aug. 09, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Aug. 09, 2022 |
| **Publication Date:** | May 24, 2022 |

## ▼ Mark Information

▼ Expand All

| | |
|---|---|
| **Mark Literal Elements:** | GJX |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## ▼ Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Eyewear; Loudspeakers; Smartwatches; Telescopes; Webcams; Accumulator boxes; Batteries and battery chargers; Bicycle helmets; Bicycle safety lights; Computer bags; Computer keypads; Computer mice; Ear phones; Electronic pens; LCD projectors used to display advertisements; Motorcycle helmets; Notebook and laptop computers; Protective films adapted for smartphones; Protective helmets; Protective helmets for animals; Protective helmets for sports; Skateboarding helmets; Soundbar speakers; Stands for photographic apparatus; Surveying instruments; USB hubs; Wireless chargers |
| **International Class(es):** | 009 - Primary Class |
| **Class Status:** | ACTIVE |
| **First Use:** | Jul. 08, 2020 |

| | |
|---|---|
| **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Use in Commerce:** | Jul. 08, 2020 |

## ▲ Basis Information (Case Level)

## ▼ Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BRIDLINGTON BUD LTD |
| **Owner Address:** | 198 CHARLTON LANE LONDON
LONDON UNITED KINGDOM SE7 8HJ |

Feedback

| Legal Entity Type: | LIMITED COMPANY (LTD) | State or Country Where Organized: | UNITED KINGDOM |
|---|---|---|---|

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Feedback